**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| | : | |
| v. | : | Mag. No. 26-mj-9086 |
| | : | |
| MARCUS PHILIP CONCEICAO | : | **CRIMINAL COMPLAINT** |

I, Special Agent Fredric Kengetter, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with Homeland Security Investigations ("HSI"), a law enforcement agency within the U.S. Department of Homeland Security, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*/s/ Fredric Kengetter *IK*
_____
Fredric Kengetter, Special Agent
U.S. Department of Homeland
Security
Homeland Security Investigations

Special Agent Fredric Kengetter attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 29th day of May, 2026.

*/s/ Cari Fais *IK*
_____
Hon. Cari Fais
United States Magistrate Judge

## ATTACHMENT A

### Count 1
### (Simple Assault of a Federal Officer)

On or about May 26, 2026, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**MARCUS PHILIP CONCEICAO,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely, Victim-1 and Victim-2 as described in Attachment B, while Victim-1 and Victim-2 were engaged in and on account of the performance of Victim-1's and Victim-2's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

## ATTACHMENT B

I, Fredric Kengetter, am a Special Agent with Homeland Security Investigations, a law enforcement agency within the U.S. Department of Homeland Security. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, the statements of individuals, and my review of reports, documents, video footage, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      On or about May 26, 2026, officers of the U.S. Immigration Customs Enforcement ("ICE") were engaged in official duties relating to security and crowd-control operations during a demonstration near the ICE Delaney Hall Detention Facility, located on Doremus Avenue in Newark, New Jersey. These officers included Victim-1 and Victim-2, who, at all times relevant to this Complaint, were Deportation Officers employed by ICE, and thus were officers or employees of the United States within the meaning of Title 18, United States Code, Section 1114.

2.      While conducting crowd-control operations during the demonstration, ICE officers encountered a crowd of demonstrators near the facility, including defendant MARCUS PHILIP CONCEICAO ("CONCEICAO").

3.      As part of law enforcement's investigation into CONCEICAO, agents have gathered information from numerous sources, including, but not limited to, interviews of witnesses with knowledge of relevant facts, law enforcement reports and documents, video footage, and physical evidence.

4.      At or around that time, ICE officers began directing the demonstrators to move back from Delaney Hall. CONCEICAO, who was holding an umbrella, began using the umbrella to push away the ICE officers, including Victim-1. CONCEICAO then stepped backward, aimed, and intentionally threw the umbrella in a spear-like motion in the direction of the ICE officers, striking Victim-2.

5.      The following screenshots were taken from video footage of the demonstration, and certain areas have been circled for ease of reference, including: 1) CONCEICAO with his arm raised and in the process of throwing the umbrella; 2) the umbrella in the air before impact; and 3) Victim-2, wearing a red shirt, as the umbrella bounced off of him.

 



6.    Immediately after throwing the umbrella, CONCEICAO then fled the scene on foot toward the Essex County Correctional Facility. ICE officers pursued CONCEICAO and arrested him after a brief foot chase.

7.    Shortly after the arrest, another federal law enforcement officer and I advised CONCEICAO of his *Miranda* rights, which he waived.

8.    During the interview, CONCEICAO admitted, in sum and substance, that he came to Delaney Hall intending to participate in protest activities.

- 2 -

- 3 -

CONCEICAO further admitted to using an umbrella to push ICE officers away from him during the demonstration and to throwing the umbrella in the direction of ICE officers.  He claimed that he did not intend to strike any officer or cause harm but that he intended to create distance between himself and the officers.